# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**R.Q. WARD, J.A. FISCHER, T.J. STINSON**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**NATHAN M. KARANJA**
**CONSTRUCTION ELECTRICIAN THIRD CLASS (E-4), U.S. NAVY**

**NMCCA 201400202**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged**: 28 February 2014.
**Military Judge**: CAPT Andrew H. Henderson, JAGC. USN.
**Convening Authority**: Commander, Navy Region Southwest, San Diego, CA.
**Staff Judge Advocate's Recommendation**: CAPT J.M. Nilsen, JAGC, USN.
**For Appellant**: CDR Christopher Roper, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

**11 September 2014**

---

## OPINION OF THE COURT

---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court